# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ADRIAN NEAL                                                                                                                   PLAINTIFF

v.                             No: 3:20-cv-00284 LPR-PSH

DOE                                                                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 6). No objections have been filed and the time to do so has expired. After a careful and de novo review of the Proposed Findings and Recommendation as well as the record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED THAT Mr. Neal's complaint (Doc. 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of May 2021.

                                                                  LEE P. RUDOFSKY
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] The Notices filed by Mr. Neal on September 24, 2020 and October 1, 2020 were not responsive to the Court's September 21, 2020 Order regarding filing an IFP application or paying the filing fee. Mr. Neal has done neither for about 7 months.