IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADRIAN NEAL                                                                PLAINTIFF

v.                         No: 3:20-cv-00284 LPR-PSH

DOE                                                                    DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Adrian Neal's Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of May 2021.

                                                       _____
                                                       LEE P. RUDOFSKY
                                                       UNITED STATES DISTRICT JUDGE